IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DION ANDERSON,** | 2:18-cv-01749-KJM-DMC |
| Petitioner, | **ORDER** |
| v. | |
| **CHRISTIAN PFEIFFER,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to motion to dismiss be filed on or before November 9, 2018.

Dated: October 11, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1